■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE VALDEZ, Appellant. [665 NYS2d 933] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 2, 1994 (*People v Valdez,* 204 AD2d 369), affirming three judgments of the Supreme Court, Richmond County, all rendered June 1, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Thompson, Joy and Friedmann, JJ., concur.

■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARL WALTERS, Appellant. [665 NYS2d 933] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Appelman, J.), rendered March 22, 1994, convicting him of robbery in the first degree, robbery in the second degree (two counts), assault in the second degree, kidnapping in the second degree, and unauthorized use of a vehicle in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court properly seated a white male venireperson who was peremptorily challenged by the defense. The Supreme Court's determination that the defense's explanation for the challenge constituted mere pretext is supported by the record (*see, e.g., People v Readous,* 232 AD2d 583).

The defendant's remaining contentions are without merit. Santucci, J. P., Joy, Friedmann and Luciano, JJ., concur.